**GOGGIN & DUCKWORTH, P.C.**

*ATTORNEYS AT LAW*
SUITE 1108
1420 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 735-8780 FAX (215) 735-5126
1-800-666-FELA
www.goggin-duckworth.com

**ROBERT GOGGIN, III\* +**  *Admitted PA-DC
**JAMES DUCKWORTH\*\*+^**  \*\*+Admitted PA-NJ-DC-NY

January 7, 2026

<u>*Via* E-mail (paed_arbitration@paed.uscourts.gov</u>)
Arbitration Clerk
USDC Eastern District of Pennsylvania

    **Re:**    Jordan Kinard v. National Railroad Passenger Corp. (Amtrak)
            <u>USDC, Eastern District of Pennsylvania, Civil Action No.: 25-5083</u>

Your Honor:

    I am requesting an adjournment of the above matter that is listed for Arbitration on February 3, 2026, beginning at 9:30 am. I have a Mediation in the matter of *Norris v. Amtrak* in New York City on that date.

    I have communicated to defense counsel for this matter, and they have no objection to the adjournment request. The parties are requesting a new date of March 3, 2026, if that date is acceptable for the Court.

                                Respectfully,

                                */s/ James M. Duckworth*
                              JAMES M. DUCKWORTH

JMD/pam

cc:    Matthew Strauskulage, Esquire (*via* email ONLY mstrauskulage@lcbf.com)